372 A.2d 424
Commonwealth v. Krisch, Appellant.

Argued December 10, 1976. Joseph V. Restifo, with him Madeline Nesse and William J. Scott, for appellant; S. Gilhooly, with him R. Kerry Kalmbach, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., absent.

372 A.2d 424
Commonwealth v. Lee, Appellant.

Submitted October 8, 1976. Gene E. Goldenziel, Assistant Public Defender, for appellant; Anthony J. Popeck, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.